UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA PAYLAN,

    Plaintiff,

v.                                                      Case No: 8:15-cv-1366-T-36AEP

PAMELA BONDI, PAMELA BONDI,
MARK OBER, MARK OBER, DARRELL
DIRKS, CHRISTINE BROWN,
CHRISTINE BROWN, CITY OF TAMPA,
JANE CASTOR, JANE CASTOR, BRIAN
BISHOP, BRIAN BISHOP, MARK
DETRIO, MARK DETRIO, MICHAEL
QUILL, MICHAEL QUILL, JEFFREY
MORELOCK, JEFFREY MORELOCK,
RUSSELL MARCOTRIGIANO, RUSSELL
MARCOTRIGIANO, COMANECI
DEVAGE, COMANECI DEVAGE,
KHALIL ABDO, MARIE SILVA, DOES,
DARRELL DIRKS, HILLSBOROUGH
COUNTY SHERIFF'S OFFICE and
KENNETH GOODMAN,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on September 1, 2015 (Doc. 103). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Plaintiff's Application to Clerk of Court for Entry of Default as to Defendant Marie Silva (Dkt. No. 66) be DENIED, Defendant's Unopposed First Amended Motion for Extension of Time Within Which to Respond to the Complaint on Behalf of Marie Silva (Dkt. No. 83) be GRANTED, and that Defendant Marie Silva be given fourteen (14) days to file a response to the amended complaint. All parties were furnished

copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 103) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Application to Clerk of Court for Entry of Default as to Defendant Marie Silva (Doc. 66) is **DENIED**.

(3) Defendant's Unopposed First Amended Motion for Extension of Time Within Which to Respond to the Complaint on Behalf of Marie Silva (Doc. 83) is **GRANTED**. Defendant Marie Silva shall respond to the amended complaint within (14) days.

**DONE AND ORDERED** at Tampa, Florida on September 23, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record