UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA PAYLAN,

    Plaintiff,

v.                                                                     Case No: 8:15-cv-1366-T-36AEP

PAMELA BONDI, PAMELA BONDI,
MARK OBER, MARK OBER, DARRELL
DIRKS, CHRISTINE BROWN,
CHRISTINE BROWN, CITY OF TAMPA,
JANE CASTOR, JANE CASTOR, BRIAN
BISHOP, BRIAN BISHOP, MARK
DETRIO, MARK DETRIO, MICHAEL
QUILL, MICHAEL QUILL, JEFFREY
MORELOCK, JEFFREY MORELOCK,
RUSSELL MARCOTRIGIANO, RUSSELL
MARCOTRIGIANO, COMANECI
DEVAGE, COMANECI DEVAGE,
KHALIL ABDO, MARIE SILVA, DOES,
DARRELL DIRKS, HILLSBOROUGH
COUNTY SHERIFF'S OFFICE and
KENNETH MORMAN,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on March 7, 2016 (Doc. 216). In the Report and Recommendation Magistrate Judge Porcelli recommends that (1) Defendants' Motions (Doc. Nos. 59, 61, 62, 74, 78, 79, 86, 135, and 166) be GRANTED IN PART and DENIED IN PART, and that pursuant to Fed. R. Civ. P. 12(e), Paylan be permitted to re-plead and file a second amended complaint; (2) Paylan's Request for Judicial Notice Pursuant to Status Conference and Motion for Oral Argument on *Heck* (Doc. No. 155); Amended Request for Judicial Notice Pursuant to Status Conference and Amended Motion for Oral Argument on *Heck* (Doc. No. 156); and Response to

Defendant Quill's Notice of Supplemental Authorities and Request for Admonishment Against Defendant Quill (Doc. No. 157) be DENIED AS MOOT; (3) Defendant Hillsborough County Sheriff's Office Motion to Dismiss (Doc. No. 80) be GRANTED and the Hillsborough County Sheriff's Office be dismissed from the case; and (4) For the reasons stated in the Court's December 30, 2015 Order (Doc. No. 192), Defendant Quill's Motion to Dismiss under Fed. R. Civ. P. 12(b)(5) (Doc. No. 135) is DENIED to the extent it seeks dismissal of Paylan's action against him for failure to make service within 120 days. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 216) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant Attorney General Pamela Bondi's Motion to Dismiss Amended Complaint (Doc. 59) is **GRANTED IN PART and DENIED IN PART.**

(3) Defendant Michael Quill's Motion to Dismiss the Amended Complaint for Failure to State a Claim (Doc. 61) is **GRANTED IN PART and DENIED IN PART.**

(4) Defendant Jeffrey Morelock's Motion to Dismiss Plaintiff's Complaint (Doc. 62) is **GRANTED IN PART and DENIED IN PART.**

(5) Defendants City of Tampa and Jane Castor's Motion to Dismiss Amended Complaint (Doc. 74) is **GRANTED IN PART and DENIED IN PART.**

(6) Defendants Brian Bishop, Mark Detrio and Russell Marcotrigiano's Motion to Dismiss Plaintiff's First Amended Complaint/Motion for More Definite Statement (Doc. 78) is **GRANTED IN PART and DENIED IN PART.**

(7) Defendant Comaneci Devage's Dispositive Motion to Dismiss Plaintiff's Amended Complaint and Incorporated Memorandum of Law (Doc. 79) is **GRANTED IN PART and DENIED IN PART.**

(8) Defendants State Attorney Mark Ober, Assistant State Attorney Darrell Dirks and Assistant State Attorney Christine Brown's Motion to Dismiss Amended Complaint (Doc. 86) is **GRANTED IN PART and DENIED IN PART.**

(9) Defendant Quill's Motion to Dismiss Under Fed.R.Civ.P. 12(b)(5) and for Judgment On the Pleadings (Doc. 135) is **GRANTED IN PART and DENIED IN PART.**

(10) Defendant Kenneth Morman's Motion to Dismiss Plaintiff's First Amended Complaint/Motion for More Definite Statement (Doc. 166) is **GRANTED IN PART and DENIED IN PART.**

(11) Plaintiff's Request for Judicial Notice Pursuant to Status Conference and Motion for Oral Argument on *Heck* (Doc. 155) is **DENIED AS MOOT.**

(12) Plaintiff's Amended Request for Judicial Notice Pursuant to Status Conference and Amended Motion for Oral Argument on *Heck* (Doc. 156) is **DENIED AS MOOT.**

(13) Plaintiff's Response to Defendant Quill's Notice of Supplemental Authorities and Request for Admonishment Against Defendant Quill (Doc. 157) is **DENIED AS MOOT.**

(14) Defendant Hillsborough County Sheriff's Office Dispositive Motion to Dismiss Plaintiff's Amended Complaint (Doc. 80) is **GRANTED.** The Hillsborough

County Sheriff's Office is dismissed from this case. The Clerk is directed to terminate the Hillsborough County Sheriff's Office as a party to this case.

(15) Pursuant to the Court's Order of December 30, 2015 (Doc. 192), Defendant Quill's Motion to Dismiss Under Fed.R.Civ.P. 12(b) (Doc. 60) is **DENIED** to the extent it seeks dismissal of Paylan's action against him for failure to state a claim.[1]

(16) Plaintiff is granted leave to file a Second Amended Complaint within **fourteen (14) days** from the date of this order, which corrects the deficiencies addressed in the Report and Recommendation.

**DONE AND ORDERED** at Tampa, Florida on March 25, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record

---

[1] The Court previously denied Defendant Quill's motion to the extent it sought dismissal for failure to make service within 120 days. *See* docket entry 192.

4