**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTINA PAYLAN, M.D.

        Plaintiff,                         Case No: 8:15-cv-01366-CEH-AEP

v.

PAMELA BONDI, MARK OBER, DARRELL DIRKS, CHRISTINE BROWN, CITY OF TAMPA, DAVID GEE, JANE CASTOR, KENNETH MORMAN, BRIAN BISHOP, MARK DETRIO, MICHAEL QUILL, JEFFREY MORELOCK, RUSSELL MARCOTRIGIANO, COMANECI DEVAGE, KHALIL ABDO, MARIE SILVA, and DOEs

        Defendants,
_____/

### PLAINTIFF'S OBJECTION AND MOTION FOR PROTECTIVE ORDER TO DEFENDANT DAVID GEE AND COMANECI DEVAGE'S THIRD PARTY SUBPOENAS

**COMES NOW**, Plaintiff, CHRISTINA PAYLAN, MD, and hereby files Plaintiff's Objection and Protective Order to Defendant David Gee and Comaneci DeVage's Third Party Subpoenas, and in support thereof states the following:

1. On October 25, 2016, Defendants David Gee and Comaneci DeVage served third party subpoenas on Plaintiff.

2. All of the named health care providers are expert witnesses who have been designated by Plaintiff as expert witnesses, in this litigation and/or in other litigation, making the third party subpoena improper to these expert witnesses at this time.

3. Moreover, all the third-party subpoenas requested require HIPAA releases as the information sought relate to medical issues. Defendants failed to secure HIPAA releases from Plaintiff.

4. Without a properly executed HIPAA authorization release, the information sought cannot be released by these expert witnesses.

5. One of the third-party subpoenas directed to a "Dr. Ryan Adams" is not a health care provider or a physician who is familiar to Plaintiff, or has ever provided any medical care to Plaintiff. Said individual has also never been designated as an expert in this action.

6. In addition, the requested documents from third parties are overbroad and lack foundation. Records requesting emergency records are improperly requested by the individual expert witnesses and they are burdensome for the expert witness to produce any such records to the extent that such records may exist. Records requesting insurance information is intrusive and unlikely to lead to discovery of admissible evidence.

7. Based on the foregoing, Plaintiff requests that this Court quash the subpoenas issued to third parties: Dr. Ryan Adams (unknown health care provider) Dr. Edgar James, Dr. Aldo Morales and Dr. Richard Hoffman.

Respectfully Submitted,

*/s/ Christina Paylan*

CHRISTINA PAYLAN, M.D.
P.O. BOX 66442
St. Pete Beach, Florida 33736
Office: 813-877-8183
Email: *drpaylan@bodytuck.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF parties and counsel of record.

*/s/ Christina Paylan*

CHRISTINA PAYLAN, M.D.
*Plaintiff, Pro se*