UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA PAYLAN,

    Plaintiff,

v.    Case No: 8:15-cv-1366-T-36AEP

COMANECI DEVAGE, COMANECI
DEVAGE and DOES,

    Defendants.
_____/

# **ORDER**

This matter comes before the Court upon Defendant David Gee, as Sheriff of Hillsborough County's, Motion to Request Substitution of Party Defendant (Doc. 491). The Court, having considered the motion and being fully advised in the premises, will grant Defendant's Motion to Request Substitution of Party Defendant.

Sheriff David Gee is being sued in his official capacity as Sheriff of Hillsborough County, Florida. On September 30, 2017, Sheriff Gee retired. Effective October 1, 2017, Chad Chronister is Sheriff of Hillsborough County, Florida. Under Rule 25 of the Federal Rules of Civil Procedure, a public officer's successor is automatically substituted as a party when the official ceases to hold office. Fed.R.Civ. P. 25(d).

**Accordingly, it is ORDERED**:

1. Defendant's Motion to Request Substitution of Party Defendant (Doc. 491) is **GRANTED**.

2. The Clerk is directed to substitute Sheriff Chad Chronister, in his official capacity, as a party Defendant in place of Sheriff David Gee.

**DONE AND ORDERED** in Tampa, Florida on December 27, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any