UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA PAYLAN,

    Plaintiff,

v.                                           Case No: 8:15-cv-1366-T-36AEP

COMANECI DEVAGE, COMANECI
DEVAGE and DOES,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on July 17, 2018 (Doc. 577). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Petitioners Michael Quill, Khalil Abdo, and Marie Silva's Motion for Attorney's Fees under 42 U.S.C. § 1988 (Doc. 509) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 577) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Petitioners Michael Quill, Khalil Abdo, and Marie Silva's Motion for Attorney's Fees under 42 U.S.C. § 1988 (Doc. 509) is DENIED

**DONE AND ORDERED** at Tampa, Florida on August 6, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record